No. 85–516.  DUBOSE ET AL. *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pierce* v. *Underwood, ante,* p. 552.

No. 86–1055.  PRICE ET AL. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Communications Workers* v. *Beck, ante,* p. 735.

No. 86–1343.  TAFOYA *v.* NEW MEXICO.  Ct. App. N. M.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Coy* v. *Iowa, ante,* p. 1012.  JUSTICE BLACKMUN would deny the petition.

No. 86–1661.  BATTLES FARM CO. ET AL. *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT.  C. A. D. C. Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pierce* v. *Underwood, ante,* p. 552.

No. 87–251.  BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* RUSSELL.  C. A. 3d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pierce* v. *Underwood, ante,* p. 552.

No. 87–893.  EMANUEL *v.* MARSH, SECRETARY OF THE ARMY, ET AL.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Watson* v. *Fort Worth Bank & Trust, ante,* p. 977.